| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| JANINE M. FREEMAN,<br><br>           Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | CASE NO. 13-cv-05045 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO ACTING COMMISSIONER FOR FURTHER CONSIDERATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura.  Dkt. 17.  The Magistrate Judge recommends that the Commissioner's decision finding Plaintiff was not disabled and denying disability insurance benefits be reversed and this matter remanded for further administrative proceedings.  *Id.*  No objections have been filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and

**ORDER**:

   (1)   The Court adopts the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO ACTING COMMISSIONER FOR FURTHER CONSIDERATION - 1

1  (2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42

2  U.S.C. § 405(g) to the Commissioner for further consideration.

3  (3) **JUDGMENT** is for Plaintiff and the case should be closed.

4  (4) The Clerk is directed to send copies of this Order to counsel of record.

5  Dated this 26th day of February, 2014.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING TO ACTING COMMISSIONER
FOR FURTHER CONSIDERATION - 2